UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                  CASE NO.: 14-24362-PGH
                                                        CHAPTER 7
GREGORY DREW & DENISE MORRIS

     Debtors.
_____/

GATOR GREEN ACRES, LTD.,

     Plaintiff                                        Adversary Proceeding
                                                        No.: 14-01667-PGH

vs.

GREGORY DREW & DENISE MORRIS

Defendants.

_____/

## PLAINTIFF'S *EX PARTE* MOTION FOR FINAL DEFAULT JUDGMENT

Plaintiff, Gator Green Acres, Ltd. ("Gator"), by and through undersigned counsel and pursuant to Rule 7055(b) of the Federal Rules of Bankruptcy Procedure, and Local Rule 7055-1 of the United States Bankruptcy Court for the Southern District of Florida, hereby moves for entry of Final Default Judgment against Alan J. Fisher, Esq. and Alan J. Fisher, P.A. (collectively, "Fisher"), stating as follows:

1.     On July 1, 2016, the Court entered an Agreed Order granting Gator's Motion to Compel Defendants to Comply with Court Order dated April 9, 2015 [DE 161] (the "Order"), which requires, in pertinent part, that Fisher make payment to Gator, pursuant to the payment schedule provided therein, of that certain $12,407.50 attorney fee award (the "Fee Award"),[1] with said payments continuing monthly until satisfaction of the Fee Award. *See* Order at ¶¶ 2-3.

_____
[1] The Fee Award was previously entered by this Court in favor of Gator on or about April 9, 2015 [DE 55].

2.       Fisher has defaulted under the Order by, without limitation, failing to make all payments to Gator as required by the Order or otherwise satisfying the Fee Award.

3.       By email correspondence dated December 20, 2017 (the "Notice"), the undersigned advised Fisher regarding his defaults under the Order and demanding that Fisher cure such defaults within ten (10) days thereof.  A true and correct copy of the Notice is attached hereto as **Exhibit "A."**

4.       Notwithstanding, Fisher has failed to cure the defaults described by the Notice or otherwise satisfy his obligations to Gator pursuant to the terms of the Order.

5.       To date, the Fee Award remains unsatisfied.  Through the filing of this Motion, Fisher still owes Gator the sum of $5,163.43 under the Fee Award.[2]

6.       Accordingly, pursuant to paragraph 4 of the Order, as a result of Fisher's defaults as described above, Gator is entitled without further notice or hearing to entry of a default judgment against Fisher for the remaining balance of the Fee Award, plus interest and fees.

7.       Due to the continued failures by Fisher as described herein, Gator has been forced to incur attorneys' fees to enforce its rights under the Order.  Through the filing of this Motion, Gator has incurred additional attorneys' fees in the amount of $825.00, which are recoverable from Fisher pursuant to the Order.

8.       Based upon the foregoing, Gator respectfully respects that the Court enter a default judgment against Fisher, substantially in the form annexed hereto as **Exhibit "C."**

WHEREFORE, Plaintiff, Gator Green Acres, Ltd., respectfully requests this Court enter a Final Default Judgment against Alan J. Fisher and Alan J. Fisher, P.A., jointly and severally, as requested herein, together with such other and further relief as this Court deems just and proper.

---

[2] *See* Affidavit in Support attached hereto as **Exhibit "B."**

TOBIN & REYES, P.A.
MIZNER PARK OFFICE TOWER • 225 N. E. MIZNER BOULEVARD, SUITE 510 • BOCA RATON, FLORIDA • 33432

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2018, a true and correct copy of the foregoing was served via electronic mail and the CM/ECF system upon Debtors' counsel Jordan Rappaport, Esq., at office@rorlawfirm.com; Alan J. Fisher, Esq., at alan@alanfisherpa.com; upon all other parties entitled to notice via the Court's electronic filing system; and upon all creditors and interested parties listed on the Court's official mailing matrix (attached) by US Mail.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted,

s/ David H. Haft
David H. Haft, FBN 68992
Ricardo A. Reyes, FBN 864056
TOBIN & REYES, P.A.
Attorneys for Gator
225 N. E. Mizner Blvd., Suite 510
Boca Raton, FL 33432
Phone: (561) 620-0656
Fax:    (561) 620-0657
eservice@tobinreyes.com
rar@tobinreyes.com
dhaft@tobinreyes.com
mhorton@tobinreyes.com

S:\A C\Litigation\Gator\US 3 of Fitness\BANKRUPTCY\Adversary Case # 01667 (drew & morris)\Motion for Default FJ (Fisher).docx

**David Haft**

| | |
|---|---|
| **From:** | David Haft |
| **Sent:** | Wednesday, December 20, 2017 1:50 PM |
| **To:** | 'Alan Fisher' |
| **Cc:** | Nichole Pavez |
| **Subject:** | RE: Gator Green Acres / Gregory Drew and Denise Morris ; Adv. Case No.: 14-01667-PGH |
| **Attachments:** | [161] Agreed Order Granting Plaintiff's M-Compel Defs to Comply with Cou....pdf; CC Authorization Form.pdf |

### **NOTICE OF DEFAULT**

Alan---

We have still not received your below November, 2017 settlement payment.  Please remit payment by the close of business or I will have no choice but to seek a default final judgment in this matter.

Additionally, please allow this correspondence to serve as notice of your default for the December, 2017 payment due pursuant to the terms of the attached Court Order.  If you fail to cure this default within 10 days we will immediately move for entry of a default final judgment.

Please govern yourself accordingly.

David H. Haft, Esq.



**TOBIN & REYES, P.A.**
**LAW OFFICES**
**225 NE Mizner Blvd**
**Suite 510**
**Boca Raton, FL 33432**
**Telephone: (561) 620-0656**
**Facsimile: (561) 620-0657**

**From:** David Haft
**Sent:** Monday, November 13, 2017 3:29 PM
**To:** 'Alan Fisher' <Alan@alanfisherpa.com>
**Cc:** Nichole Pavez <npavez@tobinreyes.com>
**Subject:** Gator Green Acres / Gregory Drew and Denise Morris ; Adv. Case No.: 14-01667-PGH

*EXHIBIT "A"*

**\*\*NOTICE OF DEFAULT\*\***

Alan---

This correspondence shall serve as notice of your default for the November, 2017 payment due pursuant to the terms of the attached Court Order.  If you fail to cure this default within 10 days we will immediately move for entry of a default final judgment.

Please govern yourself accordingly.

David H. Haft, Esq.



**225 NE Mizner Blvd**
**Suite 510**
**Boca Raton, FL 33432**
**Telephone: (561) 620-0656**
**Facsimile: (561) 620-0657**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                    CASE NO.: 14-24362-PGH
                                                          CHAPTER 7
GREGORY DREW & DENISE MORRIS

        Debtors.
_____/

GATOR GREEN ACRES, LTD.,
                                                          Adversary Proceeding
        Plaintiff                                         No.: 14-01667-PGH
vs.

GREGORY DREW & DENISE MORRIS

Defendants.
_____/

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR FINAL DEFAULT JUDGMENT

STATE OF FLORIDA              )
                              )SS:
COUNTY OF PALM BEACH          )

        BEFORE ME, the undersigned authority, personally appeared David H. Haft who, being duly sworn, deposes and says:

        1.      I am over the age of 18 and the information contained herein is based upon personal knowledge.

        2.      I am an attorney licensed to practice law in Florida since 2009.

        3.      I am an associate with the law firm of Tobin & Reyes, P.A. (the "Firm"). The Firm has served as counsel for Plaintiff Gator Green Acres, LTD. ("Gator") in connection with the above-referenced Adversary Proceeding and make this Affidavit in support of Gator's *Ex Parte*

*EXHIBIT "B"*

Motion for Final Default Judgment (the "Motion") against Alan J. Fisher, Esq., and his firm, Alan J. Fisher, P.A. (collectively, "Fisher").

4.    On July 1, 2016, the Court entered an Agreed Order granting Gator's Motion to Compel Defendants, Gregory Drew and Denise Morris ("Debtors"), to Comply with Court Order dated April 9, 2015 [DE 161] (the "Order"), which required, in pertinent part, that Attorney Alan J. Fisher, Esq., and his firm, Alan J. Fisher, P.A. (collectively, "Fisher"), jointly and severally, make payment to Gator for its attorneys' fees in the amount of $12,407.50 (the "Fee Award") pursuant to the terms set forth in the Order.

5.    Fisher defaulted under the Order by, without limitation, failing to make all payments to Gator as required by the Order or otherwise satisfying the Fee Award.

6.    Following Fisher's default, in accordance with the cure provisions set forth in the Order, I advised Fisher by email correspondence dated December 20, 2017 (the "Notice") regarding his defaults under the Order and demanded Fisher cure said defaults within ten (10) days thereof.  A true and correct copy of the Notice is attached to the Motion as Exhibit "A."

7.    Notwithstanding, Fisher failed to cure his defaults under the Order as demanded by the Notice and, to date, the Fee Award remains unsatisfied.

8.    As a result of the foregoing events of default under the Order, Fisher remains liable to Gator in the amount of $5,163.43 under the Fee Award.

9.    Due to the continued failures by Fisher as described herein, Gator has incurred additional attorneys' fees in the amount of $825.00 (representing 3.0 hours at $275.00/hour) in connection with enforcing its rights under the Order.

10.    Pursuant to the Order, Gator is entitled to recover its fees incurred in connection with enforcing the Order from Fisher.

TOBIN & REYES, P.A.
MIZNER PARK OFFICE TOWER • 225 N. E. MIZNER BOULEVARD, SUITE 510 • BOCA RATON, FLORIDA • 33432

FURTHER AFFIANT SAYETH NAUGHT.

DAVID H. HAFT

Sworn to and subscribed before me by David H. Haft, who is personally known to me, this _20th_ day of July, 2018.



Notary Public State of Florida
Dawn Boentgen
My Commission FF 918042
Expires 10/16/2019

Notary Public, State of Florida
My commission expires:

s:\a c\litigation\gator\us 3 of fitness\bankruptcy\adversary case # 01667 (drew & morris)\affidavit in support (default fj).docx

3

TOBIN & REYES, P.A.
MIZNER PARK OFFICE TOWER • 225 N. E. MIZNER BOULEVARD, SUITE 510 • BOCA RATON, FLORIDA • 33432

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                          CASE NO.: 14-24362-PGH
                                                                CHAPTER 7
GREGORY DREW & DENISE MORRIS

    Debtors.

_____/

GATOR GREEN ACRES, LTD.,
                                                                Adversary Proceeding
    Plaintiff                                           No.: 14-01667-PGH

vs.

GREGORY DREW & DENISE MORRIS

Defendants.

_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE having come before the Court upon the *ex parte* Motion for Final Default Judgment [DE  ] (the "Motion") filed by Plaintiff, Gator Green Acres, Ltd. ("Gator"), against Alan J. Fisher, Esq. and Alan J. Fisher, P.A. (collectively, "Fisher"), for failing to comply with the Court's Order dated April 9, 2015 [DE 161], and the Court having reviewed the Motion, being

*EXHIBIT "C"*

apprised of the uncured defaults by Fisher therein, being otherwise fully advised in the premises,

and having entered a separate Order granting the Motion, it is

**ORDERED AND ADJUDGED** as follows:

1.    Final Default Judgment is hereby entered in favor Gator against Alan J. Fisher, Esq.

and Alan J. Fisher, P.A., jointly and severally, in the following amounts:

| | |
|---|---|
| Damages: | $5,163.43 |
| Pre-Judgment Interest from July 1, 2016 to July 20, 2018 (at 2.34% for 749 days) | $247.94 |
| Attorney's Fees: | $825.00 |
| **TOTAL JUDGMENT:** | **$ 6,236.37** |

which shall bear interest at the statutory interest rate per annum until satisfied, for which sums let

execution and all post-judgment writs issue forthwith.

2.    In accordance with Section 55.10(1), Florida Statutes, Gator's address is:

Gator Green Acres, Ltd.
c/o Ricardo A. Reyes, Esq.
Tobin & Reyes, P.A.
225 N.E. Mizner Boulevard, Suite 510
Boca Raton, Florida 33432

3.    In accordance with Section 55.01(2), Florida Statutes, the last known addresses of

Alan J. Fisher, Esq. and Alan J. Fisher, P.A., are:

**Alan J. Fisher**
**22221 Hollyhock Trial**
**Boca Raton, FL 33433**

**Alan J. Fisher, P.A.**
**c/o Alan J. Fisher, Registered Agent**
**433 Plaza Real**
**Suite 275**
**Boca Raton, FL 33432**

4.     The Court reserves jurisdiction to enter any further orders or take any other actions

that may be necessary in connection with this matter.

###

Submitted By:

David H. Haft, Esq.
Florida Bar No. 68992
dhaft@tobinreyes.com
TOBIN & REYES, P.A.
Attorneys for Gator Green Acres, Ltd.
225 N. E. Mizner Blvd., Suite 510
Boca Raton, FL 33432
Phone: (561) 620-0656
Fax:     (561) 620-0657

Copies Furnished To:

David H. Haft, Esq., who is directed to serve a copy of this Order on all interested parties and to
file a Certificate of Service.